**Opinion issued May 23, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-11-00079-CV

————————————

**FAIRWAYS OFFSHORE EXPLORATION, INC., Appellant**

**V.**

**PATTERSON SERVICES, INC. AND CUDD PRESSURE CONTROL, INC.,**
**Appellees**

---

On Appeal from the 215th District Court
Harris County, Texas
Trial Court Case No. 2007-59388

---

## SUPPLEMENTAL OPINION

Appellant, Fairways Offshore Exploration, Inc. ("Fairways"), and appellee,

Cudd Pressure Control, Inc. ("Cudd"), have filed a joint motion to partially dismiss

the appeal in regard to their claims against each other, indicating that they have

settled their underlying dispute. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). Fairways and Cudd further state that they have agreed to bear their own attorney's fees and costs of appeal. *See* TEX. R. APP. P. 42.1(d).

Accordingly, we grant the motion and dismiss the portion of the appeal relating to Fairways' claims against Cudd and Cudd's claims against Fairways, with costs taxed against the party who incurred the same. *See* TEX. R. APP. P. 42.1(d).

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.